UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK COLSTON,

    Plaintiff,                CIVIL ACTION NO. 06-CV-11001-DT

v.                              DISTRICT JUDGE NANCY G. EDMUNDS

KEVIN LINDSEY, and        MAGISTRATE JUDGE DONALD A. SCHEER
AMY BIERKA,

    Defendants.

_____/

## ORDER DENYING PLAINTIFF'S MOTION TO STAY DEFENDANTS' SUMMARY JUDGMENT MOTION PENDING DISCOVERY

This cause comes before the Court on Petitioner's Motion to Stay Defendants' Motion for Summary Judgment Pending Discovery, dated June 8, 2006 (Docket #21). Since the defendants have filed a Motion for Summary Judgment claiming that the instant action is barred by a Settlement and Release that was voluntarily signed by Plaintiff in March 2005, and Plaintiff has identified no discovery which is necessary to address that assertion. Plaintiff's Motion to Stay the pending dispositive motion is DENIED. As provided in the court's previous order, Plaintiff has until June 23, 2006, to file a response to defendants' Motion for Summary Judgment.

The parties to this action may object to and seek review of this Order but are required to act within ten (10) days of service of a copy hereof as provided for in Fed.R.Civ.P. 72(a) and E.D.Mich.LR 72.1(d)(1). Failure to file specific objections

constitutes a waiver of any further right of appeal. Fed.R.Civ.P. 72.  Filing of objections that raise some issues but fail to raise others with specificity, will not preserve all the objections a party might have to this Order. Pursuant to E.D. Mich. LR 72.1(d)(1), a copy of any objection is to be served upon this Magistrate Judge.

Within ten (10) days of service of any objecting party's timely filed objections, the opposing party may file a response.  The response shall not be more than five (5) pages in length unless by motion and order such page limit is extended by the Court.  The response shall address specifically, and in the same order raised, each issue contained within the objections.

SO ORDERED.

s/Donald A. Scheer
DONALD A. SCHEER
UNITED STATES MAGISTRATE JUDGE

DATED: June 19, 2006

_____

### CERTIFICATE OF SERVICE

I hereby certify on June 19, 2006 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically.  I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on June 19, 2006.  **Mark Colston.**

s/Michael E. Lang
Deputy Clerk to
Magistrate Judge Donald A. Scheer
(313) 234-5217

constitutes a waiver of any further right of appeal. Fed.R.Civ.P. 72.  Filing of objections that raise some issues but fail to raise others with specificity, will not preserve all the objections a party might have to this Order. Pursuant to E.D. Mich. LR 72.1(d)(1), a copy of any objection is to be served upon this Magistrate Judge.

Within ten (10) days of service of any objecting party's timely filed objections, the opposing party may file a response.  The response shall not be more than five (5) pages in length unless  by motion and order such page limit is extended by the Court.  The response shall address specifically, and in the same order raised, each issue contained within the objections.

SO ORDERED.

s/Donald A. Scheer
DONALD A. SCHEER
UNITED STATES MAGISTRATE JUDGE

DATED: June 19, 2006

_____

### CERTIFICATE OF SERVICE

I hereby certify on June 19, 2006 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically.  I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on June 19, 2006.  **Mark Colston.**

s/Michael E. Lang
Deputy Clerk to
Magistrate Judge Donald A. Scheer
(313) 234-5217