UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK COLSTON,

    Plaintiff,

v.

KEVIN LINDSEY and AMY BIERKA,

    Defendants.
    _____/

Case No. 06-11001

Honorable Nancy G. Edmunds

## ORDER

**ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER [11]; and**

**DENYING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION [10]**

    This matter came before the Court on Magistrate Judge Donald A. Scheer's Report and Recommendation dated April 26, 2006 concerning Plaintiff's Motion for a Temporary Restraining Order.  Being fully advised in the premises and having reviewed the pleadings, the Court finds that the Magistrate Judge reached the correct conclusions.  Accordingly, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation and DENIES Plaintiff's Motion for a Temporary Restraining Order and/or Preliminary Injunction.

                                s/Nancy G. Edmunds
                                Nancy G. Edmunds
                                United States District Judge

Dated:  August 24, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 24, 2006, by electronic and/or ordinary mail.

                                      s/Carol A. Hemeyer
                                      Case Manager