UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK COLSTON,

          Plaintiff,

                                      Case No. 06-11001

v.

                                        Honorable Nancy G. Edmunds

KEVIN LINDSEY, and AMY BERTKE,

          Defendants.

_____/

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION IN PART AND REJECTING IN PART [36]**

This matter comes before the Court on the Magistrate Judge's July 24, 2006 Report
and Recommendation [36].  Being fully advised in the premises and having reviewed the
record and the pleadings, including Plaintiff's Objections, the Court hereby ACCEPTS IN
PART and ADOPTS the result of the Magistrate Judge's Report and Recommendation, but
does so on different grounds, thereby REJECTING IN PART.

The Report and Recommendation considered the merits of Plaintiff's claims and found
them to be insufficient as a matter of law.  This Court declines to address the merits of this
case, finding that the Settlement Agreement and Release dated March 18, 2005 (Def.'s
Mot. for Summ. J., Ex. 1.) between Plaintiff and the Michigan Department of Corrections
bars Plaintiff's instant lawsuit in its entirety.[1]

---

[1]On December 7, 2005, the Hon. Richard A. Enslen, Western District of Michigan, held
that Plaintiff did not sign the Settlement Agreement under duress, and the agreement was
therefore enforceable.

Defendant's motion for summary judgment [16] is GRANTED and this case is

DISMISSED.

SO ORDERED.


s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated:  October 4, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record
on October 4, 2006, by electronic and/or ordinary mail.

s/Carol A. Hemeyer
Case Manager